NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2008-5110

PASSAMAQUODDY TRIBE,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-942, Judge Lynn J. Bush.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

The United States moves to stay the briefing schedule in this appeal pending the filing and disposition of a petition for writ of certiorari related to Tohono O'odham Nation v. United States, 559 F.3d 1284 (Fed. Cir. 2009). The Passamaquoddy Tribe opposes. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule is granted. The United States is directed to inform this court in this case within 14 days of the Supreme Court's disposition of the petition for certiorari.

FOR THE COURT

JAN 27 2010

_____
Date

cc:  Keith M. Harper, Esq.
     Aaron P. Avila, Esq.
s20

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 27 2010

JAN HORBALY
CLERK